AMERICAN SURETY COMPANY OF NEW YORK, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

No. 6347.

Circuit Court of Appeals, Ninth Circuit.

May 1, 1931.

Before SAWTELLE, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to stipulation of the parties; mandate forthwith.

William M. ANDREWS v. COMMISSIONER OF INTERNAL REVENUE.

No. 5551.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1930.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decree of Board of Tax Appeals affirmed upon authority of opinion in Hitchcock v. Commissioner (No. 5550) 44 F.(2d) 756.

ARUNDEL CORPORATION, Owner of THE Dredge GOVERNOR WARFIELD, Libelant-Appellee, v. THE Motor Vessel SOCONY NO. 5, Standard Transportation Company, Claimant-Appellant, and United States of America, Respondent-Impleaded.

No. 133.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for claimant-appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (A. M. Menkel, Sp. Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [39 F.(2d) 926] affirmed.

Walter W. BAUER, Bankrupt, v. Chester P. FITCH, Trustee of W. W. Bauer.

No. 5761.

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1930.

Peck, Shaffer & Williams, of Cincinnati, Ohio, for appellant.

Blair & Ball, of Portsmouth, Ohio, for appellee.

PER CURIAM.

Dismissed on authority of Deeley v. Cincinnati Art Pub. Co. (C. C. A.) 23 F.(2d) 920, and Taylor v. Voss, 271 U. S. 176, 180, 46 S. Ct. 461, 70 L. Ed. 889.